AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

__SOUTHERN__  DISTRICT OF  __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Catarino Jaramillo-Siller

**CRIMINAL COMPLAINT**

Case Number: M-19-0772-M

IAE  YOB: 1988
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 2, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Catarino Jaramillo-Siller was encountered by Border Patrol Agents near Roma, Texas on April 2, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 2, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 14, 2019 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 22, 2018, the defendant was convicted 8 USC 1326 Illegal Re-entry after Deportation and was sentenced to nine (9) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved By David A. Lindenmuth

Sworn to before me and subscribed in my presence,

April 4, 2019  8:32

Signature of Complainant
Maria E. Guerrero   Senior Patrol Agent

Juan F. Alanis , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer